```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA
                                 :     PRIOR FELONY
     - v. -                            INFORMATION
                                 :
FABIO MOREL,                           S1 10 Cr. 798 (PAC)
     a/k/a "Fabian Luna,"        :

          Defendant.             :

- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 18 AUG 2011

The United States Attorney charges:

On or about July 24, 1991, in the United States District Court for the Middle District of North Carolina, FABIO MOREL, a/k/a "Fabian Luna," the defendant, was convicted of Possession With Intent to Distribute Cocaine Base, a felony, in violation of Title 21, United States Code, Section 841(a), for which the defendant received a sentence of one hundred and thirty-six months' imprisonment.

Accordingly, the defendant is subject to the enhanced penalties of Title 21, United States Code, Section 841(b)(1).

(Title 21, United States Code, Section 851.)

Dated:   New York, New York
         August 18, 2011

                                    *Preet Bharara*
                                    _____
                                    PREET BHARARA
                                    United States Attorney

0293