CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

TO BE COMPLETED BY ATTORNEY:

CASE NAME: U.S.A. v. Fabio Morel

DOCKET NUMBER: 10 CR 798

COUNSEL'S NAME: John Burke

COUNSEL'S ADDRESS: 26 Court Street, Suite 2805
Brooklyn, N.Y. 11242

COUNSEL'S PHONE: 718-875-3707

QUESTIONNAIRE

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript. Reason: [ ] Daily copy available [ ] U.S. Atty. placed order [ ] Other (attach explanation)

TRANSCRIPT ORDER

Prepare transcript of

[✓] Pre-trial proceedings: September 6, 2011
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[✓] Sentencing: June 6, 2012
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, John Burke, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds [✓] CJA Form 24

John Burke                           6/26/2012
Counsel's Signature                  Date

TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:

ACKNOWLEDGMENT

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____                              _____
Court Reporter's Signature                   Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.

*[Stamp: U.S. DISTRICT COURT FILED JUN 26 2012 S.D. OF N.Y.]*