

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 1, 2015

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### 2014 Retroactive Drug Amendment

## MEMORANDUM

**TO:** Honorable Paul A. Crotty
U.S. District Judge

**FROM:** Thomas E. Mixon
Deputy Chief U.S. Probation Officer

**RE:** Fabio Morel
Dkt. #: 10 CR 798- 003

**DATE:** June 16, 2015



Pursuant to a motion filed by the defendant, Fabio Morel is seeking a sentence reduction due to the retroactive amendment of the drug guidelines. Our office has determined that Morel is ineligible for a reduction because his guideline range is based on the murder committed during the instant offense, and not the amount of drugs involved. Therefore, our office will not issue a supplemental report addressing his eligibility.

Should you require any additional information, please do not hesitate to contact me at (212) 805-5151.

c. Janice Sandt, U.S. Attorney's Office
Jennifer L. Brown, Federal Defenders of New York, Inc.